The creditor's response having acknowledged the correctness of the objection to the duplicate filed claim and the creditor not having filed a motion for permission to withdraw (with the requisite order), the objection is sustained.



**SO ORDERED.**
**SIGNED this 6th day of June, 2017**

/s/ Suzanne H. Bauknight
**UNITED STATES BANKRUPTCY JUDGE**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

IN RE:    DONALD EDWARD GILMORE, SR.,    #17-30558-SHB
                                          Chapter 13

**ORDER RESOLVING CHAPTER 13 TRUSTEE OBJECTION
TO PROOF OF CLAIM FILED BY WELLS FARGO BANK NA (#03)**

No response having been filed in opposition to the Trustee's Objection to the duplicate claim filed by WELLS FARGO BANK NA, it is hereby **ORDERED** that the Trustee's Objection to the claim is hereby sustained and that the duplicate claim filed by WELLS FARGO BANK NA in the amount of $63,748.24 is disallowed in its entirety.

# # #

APPROVED FOR ENTRY:

/s/ Gwendolyn M. Kerney  (by ml w/perm)
GWENDOLYN M. KERNEY, #07280
Chapter 13 Trustee
PO Box 228
Knoxville, TN  37901
(865) 524-4995